**08 CIV 5238**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARIGOLD ENTERPRISES, INC.,                    :

               Plaintiff,                         :

  - against -                                   :

TRADHOL INTERNACIONAL S.A.,                    :

            Defendant.                    :
-------------------------------------------------------X

08 Civ.
RECEIVED
ECF CASE
JUN 09 2008
U.S.D.C. S.D. N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates

of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the

Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 9, 2008
       Southport, CT

               The Plaintiff,
               MARIGOLD ENTERPRISES, INC.

               By: *Anne C. LeVasseur*
               Patrick F. Lennon
               Anne C. LeVasseur
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               pfl@lenmur.com
               acl@lenmur.com