```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIGOLD ENTERPRISES, INC.,          :
                                      :
          Plaintiff,                 :        08 Civ. 5238 (JGK)
                                      :
  - against -                       :        ECF CASE
                                      :
TRADHOL INTERNACIONAL S.A.,          :        **CONSENT ORDER**
                                      :
          Defendant.                 :
------------------------------------------------------------X

      **WHEREAS** on or about June 9, 2008, MARIGOLD ENTERPRISES, INC. ("MARIGOLD") instituted this action against the Defendants, TRADHOL INTERNACIONAL S.A. ("TRADHOL") pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and

      **WHEREAS**, MARIGOLD has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including Bank of America; and

      **WHEREAS**, pursuant to service of the PMAG upon it, Bank of America has confirmed that it is holding certain funds in the form of Electronic Funds Transfers involving Defendant, TRADHOL, in the amount of $10,000 ("Attached Funds"); and

      **WHEREAS**, MARIGOLD and TRADHOL have settled the dispute involving MARIGOLD's claim; and

      **WHEREAS**, pursuant to the parties' settlement agreement, TRADHOL has authorized MARIGOLD's counsel, Lennon, Murphy & Lennon, LLC to submit this consent order

memorializing the parties' settlement agreement, providing for release and disbursement of the attached funds and dismissal of this action; and

**WHEREAS**, by the terms of the settlement agreement, $3,434.00 of the Attached Funds are to be released by Bank of America pursuant to written directions to be provided by MARIGOLD's undersigned counsel to Bank of America; and

**WHEREAS**, by the terms of the settlement agreement, the balance of all attached funds held by Bank of America (or any other garnishee served with the PMAG) are to be released and returned to the Defendant, TRADHOL, pursuant to written instructions to be provided by MARIGOLD's undersigned counsel to Bank of America (or any other garnishee holding TRADHOLS's funds); and

**WHEREAS**, by the terms of the settlement agreement, once the attached funds have been released by Bank of America this action shall be dismissed.

**NOW, THEREFORE**, it is hereby:

**ORDERED** that Bank of America is directed to release attached funds in the sum of $3,434.00 pursuant to written instructions to be separately provided by MARIGOLD's counsel, Lennon, Murphy & Lennon, LLC; and it is further

**ORDERED** that Bank of America (or any other garnishee holding TRADHOLS's funds) is directed to release the balance of all attached funds to the Defendant, TRADHOL, pursuant to written instructions to be provided by MARIGOLD's counsel, Lennon, Murphy & Lennon, LLC; and it is further

**ORDERED** that once the attached funds have been released by Bank of America and any other garnishee holding this action shall be, and hereby is, dismissed.

Dated: New York, New York
June 27, 2008

>                                        LENNON, MURPHY & LENNON, LLC
>                                        Attorneys for Plaintiff
>                                        MARIGOLD ENTERPRISES, INC.
>
> By:    /s/ Patrick F. Lennon
>        ─────────────────────────
>        Patrick F. Lennon
>        The Graybar Building
>        420 Lexington Avenue, Suite 300
>        New York, NY 10170
>        Phone (212) 490-6050
>        Fax (212) 490-6070
>        pfl@lenmur.com

**SO ORDERED:**

/s/ John G. Koeltl
─────────────────────────
John G. Koeltl, U.S.D.J.

6/30/08