CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIGOLD ENTERPRISES, INC., :
:
:
Plaintiff, :  08-CV-5238
:
:  **NOTICE OF**
v. :  **APPEARANCE**
:
TRADHOL INTERNACIONAL S.A., :
:
:
:
Defendant. :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 30, 2008

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch

                                  By:     _____
                                          Richard J. Reisert (RR-7118)
                                          7800 River Road
                                          North Bergen, NJ 07047
                                          Tel: (201) 537-1200
                                          Fax: (201) 537-1201
                                          Email: reisert@navlaw.com