UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MARIGOLD ENTERPRISES, INC.,                  :
                                             :
                Plaintiff,           :      08 Civ. 5238 (JGK)
                                             :
    - against -                           :      ECF CASE
                                             :
TRADHOL INTERNACIONAL S.A.,                  :
                                             :
                Defendant.           :
------------------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in accordance with the original wire transfer instructions.

Dated: August 6, 2008
       Southport, CT

                                    The Plaintiff,
                                    MARIGOLD ENTERPRISES, INC.

                By: _/s/ Anne C. LeVasseur_
                     Patrick F. Lennon
                     Anne C. LeVasseur
                     LENNON, MURPHY & LENNON, LLC
                     420 Lexington Ave., Suite 300
                     New York, NY 10170
                     (212) 490-6050 – phone
                     (212) 490-6070 – fax
                     pfl@lenmur.com
                     acl@lenmur.com