USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIGOLD ENTERPRISES, INC.,

        Plaintiff,

- against -

TRADHOL INTERNACIONAL S.A.,

        Defendant.
------------------------------------------------------------X

08 Civ. 5238 (JGK)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in accordance with the original wire transfer instructions.

Dated: August 6, 2008
       Southport, CT

                        The Plaintiff,
                        MARIGOLD ENTERPRISES, INC.

                        By: _____
                        Patrick F. Lennon
                        Anne C. LeVasseur
                        LENNON, MURPHY & LENNON, LLC
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050 – phone
                        (212) 490-6070 – fax
                        pfl@lenmur.com
                        acl@lenmur.com